UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Sonya Goodwin, as Personal Representative of the Estate of Frank Sanders, and Cynthia Sanders, | ) ) ) ) | C/A No. 3:11-3270-MBS |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **CONSENT ORDER OF** |
| United States of America, Jacob L. Fleming, II, M.D. and Richard J. Woodcock, M.D., | ) ) ) ) | **DISMISSAL** |
| Defendants. | ) ) | |

The Plaintiffs, by and through the undersigned counsel, hereby stipulate to the dismissal of Defendant Jacob L. Fleming, II, M.D., with prejudice, from the above-captioned case. Plaintiffs further aver and stipulate that no payment was made by or on behalf of Dr. Fleming to Plaintiff to further the settlement of this matter. Each party is to pay their own attorneys' fees costs.

IT IS ORDERED, ADJUDGED AND DECREED that the above-captioned case against Defendant Jacob L. Fleming, II, M.D. is hereby dismissed with prejudice.

Margaret B. Seymour
United States District Court Judge

Columbia, South Carolina
July 1, 2013

1

WE CONSENT:

Mario A. Pacella, Esquire
Strom Law Firm, LLC
2110 Beltline Blvd., Ste. A
Columbia, SC  29204
(803) 252-4800
mpacella@stromlaw.com
Attorney for Plaintiffs

Julius W. McKay, II
Kelli L. Sullivan
McKay, Cauthen, Settana & Stubley, P.A.
P.O. Drawer 7217
Columbia, SC 29202
(803) 256-4645
jmckay@mckayfirm.com
ksullivan@mckayfirm.com
Attorneys for Defendant Jacob L. Fleming, M.D.